UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LYRESHIA BONDS,

    Plaintiff,

v.

NJ JUDICIARY ADMINISTRATION OF THE COURT *et al.*,

    Defendants.

Civil Action No. 19-18983 (GC) (TJB)

**ORDER**

This matter comes before the Court on Defendants New Jersey Judiciary, Administrative Office of the Courts, Laura Schweitzer, Lori Grimaldi, Greg Lambard, Kyle Francis, Evan Sullivan, Janine Abdalla, and Stefanie Bose's (collectively, "Defendants") Motion to Dismiss Plaintiff Lyreshia Bonds's ("Plaintiff") Amended Complaint. (ECF No. 47.) Plaintiff opposed (ECF No. 48), and Defendants replied (ECF No. 49). The Court has carefully considered the parties' submissions and decides the matter without oral argument under Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

IT IS, on this 23rd day of February 2023, **ORDERED** as follows:

1. Defendants' Motion to Dismiss (ECF No. 47) is **GRANTED**.

2. Counts Six and Seven of Plaintiff's Amended Complaint are **DISMISSED WITH PREJUDICE.**

*/s/ Georgette Castner*
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**